IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99–CR–61–B01

| | |
|---|---|
| ROBIN GAYE JOHNSON MUNSON., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ———————————————) | |

This matter is before the Court on Petitioner's Motion for Release of her Presentence Report. (D.E. #14). The Motion is GRANTED.

## BACKGROUND

On July 20, 1999, Petitioner pled guilty to distributing a controlled substance in violation of 21 U.S.C. § 841(a)(1).(D.E. #10). On February 1, 2000, the Court sentenced Petitioner to 46 months' imprisonment, three years of supervised release, and imposed a $100 special assessment. (D.E. #11).

Petitioner now seeks a release of her sealed presentence report per request of Virginia's Secretary of the Commonwealth in relation to Petitioner's application for restoration of her civil rights. (D.E. #14-2). When Petitioner requested the presentence report from the United States Probation Office, the Office directed her to file the instant motion. (D.E. #14-1).

The Respondent does not oppose Petitioner's Motion. (D.E. #16).

## CONCLUSION

Petitioner's Motion is GRANTED. The Court ORDERS the United States Probation Office to forward a copy of Petitioner's Presentence Report to Micah Womack, Rights Restoration Director of the Virginia Secretary of the Commonwealth. (D.E. #14-2).

SO ORDERED, this __2__ day of February, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE